SEALED

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CRIMINAL NO. 17cr 10277

| | |
|---|---|
| UNITED STATES OF AMERICA | ) CRIMINAL NO. |
| | ) |
| v. | ) Violations: |
| | ) |
| (1) PETER MOLLOY, a.k.a. Scooby, and | ) 21 U.S.C. § 846 – Conspiracy to |
| | ) Distribute and to Possess with Intent to |
| (2) ADRIAN CARLOS MALDONADO, a.k.a. Carlos, | ) Distribute Methamphetamine |
| | ) |
| Defendants. | ) 21 U.S.C. § 841(a)(1) – Possession of |
| | ) Methamphetamine with Intent to |
| | ) Distribute |
| | ) |
| | ) 21 U.S.C. § 853 – Drug Asset Forfeiture |
| | ) Allegation |
| | ) |
| | ) **UNDER SEAL** |

## INDICTMENT

**COUNT ONE:**   Title 21, United States Code, Section 846 – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine

The Grand Jury charges that:

From a date unknown to the Grand Jury, but by no later than January 1, 2014, and continuing thereafter until on or about August 14, 2017, in Boston and elsewhere in the District of Massachusetts, the District of Vermont, and elsewhere,

(1) PETER MOLLOY, and
(2) ADRIAN CARLOS MALDONADO,

defendants herein, did knowingly and intentionally combine, conspire, confederate, and agree, with each other and with other persons known and unknown to the Grand Jury, to possess with intent to distribute, and to distribute, a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in this Count involved 50 grams or more of methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) applies to this Count.

It is further alleged that, with respect to this Count, 50 grams or more of methamphetamine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by, (1) PETER MOLLOY, and (2) ADRIAN CARLOS MALDONADO. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) applies to defendants (1) PETER MOLLOY, and (2) ADRIAN CARLOS MALDONADO.

All in violation of Title 21, United States Code, Section 846.

**COUNT TWO:**     **Title 21, United States Code, Section 841(a)(1) – Possession of Methamphetamine with Intent to Distribute**

The Grand Jury charges that:

On or about August 14, 2017, in Boston and elsewhere in the District of Massachusetts,

(1) PETER MOLLOY,

defendant herein, did knowingly and intentionally possess with the intent distribute a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense charged in this Count involved 50 grams or more of methamphetamine, a Schedule II controlled substance. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) applies to this Count.

It is further alleged that, with respect to this Count, 50 grams or more of methamphetamine, a Schedule II controlled substance, are attributable to, and were reasonably foreseeable by, (1) PETER MOLLOY. Accordingly, Title 21, United States Code, Section 841(b)(1)(A)(viii) applies to defendant (1) PETER MOLLOY.

## DRUG FORFEITURE ALLEGATION
### (Title 21, United States Code, Section 853)

The Grand Jury further alleges that:

1. The allegations of Counts One and Two of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to Title 21, United States Code, Section 853.

2. As a result of the offenses in violation of Title 21, United States Code, Sections 841 and 846, set forth in Counts One and Two of this Indictment, the defendants,

    (1) PETER MOLLOY, and
    (2) ADRIAN CARLOS MALDONADO,

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853(a), any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of the offense; and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, the offense, including but not limited to the following:

   (a) Approximately $76,962 US Currency seized from 248 E Street, Unit 1, South Boston, Massachusetts, on or about August 14, 2017;

   (b) The residence and real property located at 248 E Street, Unit 1, South Boston, Massachusetts, and all improvements thereon;

   (c) A grey 2014 Hyundai Veloster, VIN number KMHTC6AE7EU204145, bearing Massachusetts registration 55LV40, registered to Peter Molloy, 248 E Street, Unit 1, Boston, Massachusetts; and

   (d) A white 2014 Mercedes CLA250 VIN number WDDSJ4GB0EN127061, bearing Massachusetts registration 709XYZ, registered to Christine Guerriero, 28 St. Denis Drive, Westwood, Massachusetts.

2. If any of the property described in Paragraph 1 of this allegation, as a result of any act or omission of any defendants –

    (a)    cannot be located upon the exercise of due diligence;

    (b)    has been transferred or sold to, or deposited with, a third party;

    (c)    has been placed beyond the jurisdiction of the Court;

    (d)    has been substantially diminished in value; or

    (e)    has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in Paragraph 1.

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

*Denise Fassnacht*
FOREPERSON OF THE GRAND JURY

_____
KAREN D. BEAUSEY
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS; September 13, 2017

Returned into the District Court by the Grand Jurors and filed.

_____
DEPUTY CLERK

1:07 p.