UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

PETER MOLLOY,
Defendant.

No. 1:17-cr-10277-MLW

## DEFENDANT'S MOTION FOR CONTINUED RELEASE PENDING SENTENCING

The defendant, Peter Molloy ("Molloy"), by and through undersigned counsel, hereby respectfully moves this Honorable Court, during the Rule 11 hearing currently scheduled for June 4, 2018, to defer acceptance of Molloy guilty plea until the time of sentencing[1] and order his continued release on the same conditions previously imposed, pursuant to 18 USC § 3142(c). Counsel for the government, AUSA James Arnold, has advised the government does not object to Molloy's continued release pending sentencing. As grounds therefor, the defendant avers and states as follows:

1. The above-numbered indictment charges Molloy with one (1) count of conspiracy to distribute and to possess with intent to distribute fifty (50) grams or more of methamphetamine, in violation of 21 USC §§ 846 & 841(b)(1)(A)(viii), and one (1) count

---

[1] Molloy has been made aware that, because he is tendering his plea pursuant to Fed. R. Crim. P. 11(c)(1)(B), he has no right to withdraw his guilty plea once made. However, because 18 USC § 3143(a)(2) requires this Court to detain Molloy pending imposition of sentence once a guilty finding has been entered, he therefore respectfully requests this Court defer formal entry of the same so the relief he requests herein remains available.

1