UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v. )<br>)<br>PETER MOLLOY, )<br>)<br>      Defendant. ) | No. 17-CR-10277 MLW (JGD) |

## NOTICE PURSUANT TO PROCEDURAL ORDER

The United States and Defendant Peter Molloy, by and through their respective counsel, hereby provide the following notice pursuant to section 10 of the Court's Procedural Order filed on June 4, 2018 (ECF Dkt. 76):

1. According to the first draft of the PSR, Defendant's advisory guideline sentencing range ("GSR") is 120-121 months. Defendant has filed objections to the PSR, which if upheld, would lower his advisory GSR to 70-87 months. The parties anticipate requests will be filed seeking a downward departure and/or downward variance from the applicable guideline range and/or for a non-guideline sentence.

2. Defendant has filed an objection with the Probation Office in which he contends that a prior criminal sentence (namely, the CWOF appearing in PSR ¶ 43) should be considered conduct that is part of the instant offense (which under the pertinent Application Note includes relevant conduct). If this objection is upheld, the parties anticipate that the defendant would be in CHC I and would be safety-valve eligible, thus lowering his advisory GSR to 70-87 months.

3.   Neither party is requesting an evidentiary hearing.

DATED:   August 15, 2018.                Respectfully submitted,

**For the United States**

ANDREW E. LELLING
United States Attorney

By:   /s/ *James E. Arnold*
JAMES E. ARNOLD, DCBN 426040
Assistant U.S. Attorney
United States Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
Tel:   (617) 748-3603
Email:   james.arnold@usdoj.gov

**For the Defendant**

 /s/ *R. Bradford Bailey, Esq.*
R. BRADFORD BAILEY, Esq.
ADAMO LANZO
44 School Street
Suite 1000B
Boston, MA 02108
Tel:   (857) 991-1945
Email:   brad@bradbaileylaw.com
           adamo@bradbaileylaw.com

CERTIFICATE OF SERVICE

   I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


DATED:   August 15, 2018                 /s/ *James E. Arnold*
JAMES E. ARNOLD
Assistant U.S. Attorney