UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:17-cr-10277-MLW |
| **PETER MOLLOY,** | |
| Defendant. | |

### DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM

The defendant, Peter Molloy, by and through undersigned counsel, hereby respectfully moves this Honorable Court, for good cause as stated herein, to modify its *Procedural Order Re: Sentencing Hearing*, ECF #76 by extending the deadline for filing his sentencing memorandum from August 15, 2018 to August 22, 2018, as well as to extend the deadline for the government to file a response to the same to August 28, 2018. Counsel for the government, AUSA James Arnold, assents to the requested modification.

As grounds therefor, the defendant submitted written objections to the initial Presentence Report ("PSR") which included an objection to the calculation of the defendant's guidelines sentencing range ("GSR").[1] The issues presented in the defendant's forthcoming sentencing memorandum, with respect to the calculation of the guidelines specifically, depends largely on how this objection is resolved by U.S. Probation in its final draft of the PSR. If there remains

---

[1] As set forth in the parties' *Notice Pursuant to Procedural Order*, ECF #83, the initial PSR calculated the defendant's advisory GSR to be 120-121 months imprisonment whereas the defendant, through his objections, argues that his advisory GSR should be 70-87 months. The defendant does not request an evidentiary hearing for this objection.

disagreement over this objection, the requested modification of the deadline will enable undersigned counsel to narrowly tailor its argument in support of his objection to those raised by U.S. Probation in its response.  If the instant motion is allowed, undersigned counsel will work expeditiously to file its sentencing memorandum as contemporaneous as possible with the disclosure of the final PSR.  The government has reserved its right to respond to the defendant's memorandum and the defendant's therefore requests the response deadline be extended for a like period.

WHEREFORE, the defendant respectfully requests this Honorable Court extend the deadlines for filing his sentencing memorandum, and for the government to file a response, to August 22 and August 28, respectively.

Dated:  August 20, 2018               Respectfully submitted,
                                       PETER MOLLOY
                                       By and through his attorney,

                                       /s/ R. Bradford Bailey
                                       R. Bradford Bailey, BBO#549749
                                       BRAD BAILEY LAW, P.C.
                                       44 School Street, Suite 1000B
                                       Boston, Massachusetts 02108
                                       Tel.: (857) 991-1945
                                       Fax: (857) 265-3184
                                       brad@bradbaileylaw.com

**Certificate of Service**

I, R. Bradford Bailey, hereby certify that on this the 20th day of August, 2018, I caused a true copy of the foregoing *Defendant's Assented-To Motion for Extension of Time to File Sentencing Memorandum* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

                                       /s/ R. Bradford Bailey
                                       R. Bradford Bailey