UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|                              |   |                      |
|------------------------------|---|----------------------|
| UNITED STATES OF AMERICA     |   |                      |
| v.                           |   | No. 1:17-cr-10277-MLW |
| PETER MOLLOY,                |   |                      |
| Defendant.                   |   |                      |

## DEFENDANT'S ASSENTED-TO MOTION FOR EXTENSION OF TIME TO FILE SENTENCING MEMORANDUM

The defendant, Peter Molloy, by and through undersigned counsel, hereby respectfully moves this Honorable Court, for good cause as stated herein, to modify its *Procedural Order Re: Sentencing Hearing*, ECF #76 by extending the deadline for filing his sentencing memorandum from August 15, 2018 to August 22, 2018, as well as to extend the deadline for the government to file a response to the same to August 28, 2018. Counsel for the government, AUSA James Arnold, assents to the requested modification.

As grounds therefor, the defendant submitted written objections to the initial Presentence Report ("PSR") which included an objection to the calculation of the defendant's guidelines sentencing range ("GSR").[1] The issues presented in the defendant's forthcoming sentencing memorandum, with respect to the calculation of the guidelines specifically, depends largely on how this objection is resolved by U.S. Probation in its final draft of the PSR. If there remains

---

[1] As set forth in the parties' *Notice Pursuant to Procedural Order*, ECF #83, the initial PSR calculated the defendant's advisory GSR to be 120-121 months imprisonment whereas the defendant, through his objections, argues that his advisory GSR should be 70-87 months. The defendant does not request an evidentiary hearing for this objection.

ALLOWED.

WoU, D.J.   Aug. 24, 2018