UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | No. 1:17-cr-10277-MLW |
| **PETER MOLLOY** | |

**MOTION FOR RETURN OF BAIL**

Defendant Peter R. Molloy ("the defendant"), by and through his undersigned counsel, hereby respectfully requests this Honorable Court issue an order directing the return of the $100,000.00 cash and release of the property posted by the defendant to secure his $350,000.00 appearance bond. As grounds, the defendant avers and states:

1. The defendant was indicted on September 13, 2017, and appeared for his Initial Appearance on September 19, 2017. His arraignment and detention hearing were scheduled for October 2, 2017. The defendant was arraigned on October 2, 2017; his detention hearing was continued to October 19, 2017. On October 19, 2017, the Court entered the order setting the defendant's conditions of release[1] were set, including a secured appearance bond[2] in the amount of $350,000.00. The appearance bond was secured by $100,000.00 cash, which was paid on that date[3], with the remaining balance of

---

[1] Docket entry #31, copy attached as Exhibit 1.
[2] Docket entry #32, copy attached as Exhibit 2.
[3] Receipt # 1BST064926.

$250,000.00 secured by the posting of property, which was completed on December 4, 2017[4].

2. A Rule 11 Hearing was held on June 4, 2018, at which time the defendant entered a guilty plea, pursuant to a plea agreement. He was sentenced on August 31, 2018, to terms of custody and supervised release, respectively.

3. From the time the defendant was granted conditional pretrial release on December 4, 2017, through his sentencing on August 31, 2018, the defendant complied with all conditions of his release. The defendant's case has concluded, and he is currently incarcerated, serving his term of imprisonment.

4. Given that the defendant fully complied with the conditions of his release, and/or the terms of his appearance bond, now that his case has concluded, he respectfully requests that the $100,000.00 cash paid and property posted to secure his appearance bond be returned/released to the surety/its owner, the defendant's father, Peter F. Molloy[5].

WHEREFORE, the defendant respectfully requests this Honorable Court issue an order directing the return of the $100,000.00 cash posted and the release of the property posted by the defendant to secure his appearance bond.

---

[4] Docket entry #46, copy attached as Exhibit 3.

[5] If the Court is unwilling to authorize the return of the funds to the defendant's designated assignee, the defendant requests, in the alternative, that the funds be delivered to the defendant's undersigned counsel for disbursement in accordance with the defendant's wishes.

Dated: February 22, 2019                    Respectfully submitted,
                                                                        PETER MOLLOY
                                                                        By and through his attorneys,

                                                                         /s/ *Daniel C. Reilly*
                                                                        Daniel C. Reilly, BBO#699663
                                                                        BRAD BAILEY LAW, P.C.
                                                                        44 School Street, Suite 1000
                                                                        Boston, Massachusetts 02108
                                                                        Tel.: (857) 991-1945
                                                                        Fax: (857) 265-3184
                                                                        dan@bradbaileylaw.com

**Certificate of Service**

    I, Daniel C. Reilly, hereby certify that on this the 22nd day of February, 2019, I caused a true copy of the foregoing *Motion for Return of Bail* to be served upon all necessary parties to this matter by virtue of electronically filing the same via the CM/ECF system.

                                                                          /s/ *Daniel C. Reilly*
                                                                        Daniel C. Reilly