# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | No. 1:17-cr-10277-MLW |
| PETER MOLLOY | |

## MOTION FOR RETURN OF BAIL

Defendant Peter R. Molloy ("the defendant"), by and through his undersigned counsel, hereby respectfully requests this Honorable Court issue an order directing the return of the $100,000.00 cash and release of the property posted by the defendant to secure his $350,000.00 appearance bond. As grounds, the defendant avers and states:

1. The defendant was indicted on September 13, 2017, and appeared for his Initial Appearance on September 19, 2017. His arraignment and detention hearing were scheduled for October 2, 2017. The defendant was arraigned on October 2, 2017; his detention hearing was continued to October 19, 2017. On October 19, 2017, the Court entered the order setting the defendant's conditions of release[1] were set, including a secured appearance bond[2] in the amount of $350,000.00. The appearance bond was secured by $100,000.00 cash, which was paid on that date[3], with the remaining balance of

*ALLOWED and SO ORDERED*

*WGY, DJ*

*May 13, 2019*

---

[1] Docket entry #31, copy attached as Exhibit 1.
[2] Docket entry #32, copy attached as Exhibit 2.
[3] Receipt # 1BST064926.